UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MATHEW USHER, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:16-CV-1297-B-BH |
| ) | |
| CHIEF U.S. MARSHAL ILLINOIS, et al., ) | |
| ) | |
| Defendants. ) | Referred to U.S. Magistrate Judge |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the plaintiff's *Motion to Reconsider De Novo Anew/Hear De Novo*, received January 17, 2017 (doc. 17), is construed as a motion to alter or amend the judgment under Fed. R. Civ. 59(e), and is **DENIED**.

SIGNED this   6th   day of  February , 2017.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE